# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

J.D. THOMPSON, III

NO. 2022 KW 1260

**JANUARY 17, 2023**

---

In Re:   J.D. Thompson, III, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-124255.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief filed with the district court, the district court's ruling on the application, the bill of information, the commitment order, the state's answer, if any, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Su*

DEPUTY CLERK OF COURT
FOR THE COURT